STATE OF NEBRASKA, UPON THE RELATION OF WILLIAM LEESE, ATTORNEY GENERAL, V. THE MISSOURI PACIFIC RAILWAY COMPANY.

Corporations. The defendant, *Held*, To be a domestic corporation and not a corporation organized under the laws of another state, or of the United States.

QUO WARRANTO.

*William Leese, Attorney General,* and *J. M. Stewart,* for relator.

*B. P. Waggener* and *A. R. Talbot,* for respondent.

REESE, CH. J.

This is an information in the nature of a *quo warranto,* filed by the attorney general in this court, in the exercise of its original jurisdiction, in which it is averred that the defendant is a corporation organized and existing under the laws of the state of Missouri, and not incorporated under the laws of the state of Nebraska, and that it is unlawfully exercising the right of eminent domain and other privileges of a domestic corporation without having

State v. C., St. P., M. & O. R. R. Co.

become a body corporate pursuant to and in accordance with the laws of this state.

The questions presented are the same as those involved in *The State v. Chicago, Burlington & Quincy Railroad Company, ante* p. 156.

The allegations of the answer and the facts existing being similar to those in that case, the judgment, therefore, will be the same.

JUDGMENT ACCORDINGLY.

THE other judges concur.